UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS, | No.  2:24-cv-03794-EFB (PC) |
| Plaintiff, | |
| v. | ORDER VACATING THE FINDINGS AND RECOMMENDATIONS |
| Gina Jones, et al., | |
| Defendants. | |

Plaintiff is a state prisoner pursuing a civil rights action under 42 U.S.C. § 1983.  On April 6, 2026, the court screened plaintiff's complaint and dismissed it without prejudice for failure to state a claim.  ECF No. 10.  The court granted plaintiff 30 days to file an amended complaint. *Id.* Plaintiff did not file an amended complaint.  Accordingly, the court recommended that the district judge dismiss the case without prejudice.  ECF No. 14.

Since the issuance of the recommendation, petitioner has submitted several filings informing the court that prison officials failed to provide him with the court's screening order, asking for an extension of time to object to the findings and recommendations, and requesting leave to file an amended complaint.

////

////

////

1

Good cause being shown, it is hereby ORDERED that:

1. The findings and recommendations issued on May 26, 2026 (ECF No. 14) are VACATED.

2. Plaintiff's motions for leave to file an amended complaint (ECF Nos. 15, 17) are GRANTED.

3. Plaintiff shall file his amended complaint within 30 days of service of this order. Plaintiff is advised that the amended complaint must be complete within itself (i.e., it must present all factual allegations and claims plaintiff wishes to pursue in a single pleading).

4. Plaintiff's motion for an extension of time to object to the May 26, 2026 findings and recommendations (ECF No. 16) is DENIED as moot in light of this order.

5. Failure to timely file the amended complaint will result in a recommendation that this action be dismissed without prejudice.

Dated: July 6, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE